**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 22-1213

WILLIAM H. WYTTENBACH, M.D.,

       Plaintiff - Appellant,

   v.

N.C. GOVERNOR ROY A. COOPER, III,

       Defendant - Appellee.

Appeal from the United States District Court for the Middle District of North Carolina, at Greensboro.  Catherine C. Eagles, District Judge.  (1:21-cv-00704-CCE-JLW)

Submitted:  August 18, 2022                     Decided:  August 22, 2022

Before WYNN, THACKER, and HEYTENS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

William H. Wyttenbach, Appellant Pro Se.  Orlando Luis Rodriguez, Assistant Attorney General, Stephanie A. Brennan, NORTH CAROLINA DEPARTMENT OF JUSTICE, Raleigh, North Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

William H. Wyttenbach, M.D., appeals the district court's order granting the North Carolina Governor's motion to dismiss Wyttenbach's complaint asserting Wyttenbach's constitutional rights were being violated by various requirements imposed during the COVID-19 pandemic.   We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order.  *See Wyttenbach v. Cooper*, No. 1:21-cv-00704-CCE-JLW (M.D.N.C. Feb. 24, 2022).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*